**Order filed June 11, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00404-CV
_____

**STEVEN GUTHRIE, Appellant**

**V.**

**FIT ATHELETIC CLUB, LLC, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-49676**

# O R D E R

The notice of appeal in this case was filed May 13, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **June 21, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM